# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0896. DOUGLAS EUGENE TAYLOR v. THE STATE.**

In 2003, Douglas Eugene Taylor pled guilty to criminal attempt to commit armed robbery. Following his incarceration, Taylor began serving the probated portion of his sentence. In 2015, his probation was revoked. Taylor subsequently filed a motion for out-of-time appeal, challenging the probation revocation order. The trial court denied the motion, and Taylor filed this direct appeal. We lack jurisdiction.

Because the underlying subject matter of the appeal is the revocation of Taylor's probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). His failure to do so deprives us of jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/23/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*